IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ST. PAUL GUARDIAN INSURANCE COMPANY                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 1:12-cv-00056-GHD-DAS

CORDOVA CONSTRUCTORS MS, LLC;
CORDOVA CONSTRUCTORS, INC.;
LARRY PATTERSON; and LYNN PATTERSON                                   DEFENDANTS

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [45] of the United States Magistrate Judge dated April 17, 2015 was on that date duly served upon Plaintiff's counsel and counsel of record for Defendants; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is therefore **ORDERED** that:

1) the Report and Recommendation [45] of the United States Magistrate Judge dated April 17, 2015 is hereby approved and adopted as the opinion of the Court;

2) Plaintiff's second motion to enforce the settlement agreement [41] is GRANTED;

3) Defendants are required to execute the settlement documents attached to the Report and Recommendation [45] as Addenda 2;

4) Plaintiff shall be awarded its attorney's fees and other expenses incurred in the filing and prosecution of both motions to enforce the settlement agreement [31 & 41];

5) Plaintiff's first motion to enforce the settlement agreement [31] is MOOT; and

6) The case is DISMISSED WITH PREJUDICE.

It is SO ORDERED, this, the 2nd day of May, 2015.

_____
SENIOR U.S. DISTRICT JUDGE